Lisa S. Kantor, Esq., SBN 110678
Email: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. SBN 199634
Email: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 Telephone
(818) 350-6272 Facsimile

Attorneys for Plaintiff,
Mindy Price

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MINDY PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY;<br>COSTCO EMPLOYEE BENEFITS<br>PROGRAM,<br><br>    Defendants. | Case No.: 2:19-cv-01560-MCE-CKD<br><br>**JOINT STIPULATION REGARDING PRETRIAL SCHEDULING ORDER AND STAY OF CASE** |

Plaintiff, Mindy Price, and Defendants, Aetna Life Insurance Company and Costco Employee Benefits Program, by and through their respective counsel, and based on the facts set forth below, stipulate as follows:

1. This is an ERISA action in which Plaintiff seeks disabled dependent medical benefits from Defendants for Plaintiff's adult daughter.

2. Counsel for the parties have engaged in settlement discussions. The parties have agreed that Plaintiff may submit an external medical review as provided for in the ERISA Plan.

3. Plaintiff anticipates submitting her request for an external medical review to Defendants in February 2021, pending receipt of requested medical reports and testing.

4. Defendants estimate the external medical review process will be completed and the medical review provided to Plaintiff's counsel within 60 days from submission of the request for external medical review to Defendant.

5. The parties request the Court defer issuing a Pretrial Scheduling Order until after the parties have exhausted the external medical review process.

6. The parties therefore request that the Court stay the case pending the parties' notice to the Court regarding the completion of the external medical review process.

IT IS SO STIPULATED.

Dated: January 7, 2021                    KANTOR & KANTOR LLP

                                          By:   /s/ Elizabeth K. Green
                                               Elizabeth K. Green
                                               *Attorney for Plaintiff*


                                          GORDON REES SCULLY MANSUKHANI

                                          By   /s/ Matthew G. Kleiner
                                               Matthew G. Kleiner
                                               *Attorney for Defendant*

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT, the case is stayed pending the parties' notice to the Court regarding the completion of the external medical review process.  Not later than thirty (30) days following the date this order is electronically filed, and ever thirty (30) days thereafter, the parties are directed to file a joint status report advising as to the status of that medical review.

IT IS SO ORDERED.

Dated:   January 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE