Lisa S. Kantor, Esq., SBN 110678
Email: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. SBN 199634
Email: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 Telephone
(818) 350-6272 Facsimile

Attorneys for Plaintiff,
Mindy Price

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MINDY PRICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY;<br>COSTCO EMPLOYEE BENEFITS<br>PROGRAM,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01560-MCE-CKD<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-01560-MCE-CKD is dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs in this matter, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE